```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

LENELLE SNYDER                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:16-cv-27(DCB)(MTP)

HOMESITE INSURANCE COMPANY and
PROGRESSIVE CASUALTY INSURANCE COMPANY                     DEFENDANTS

<u>ORDER</u>

This cause is before the Court on the plaintiff/counter-defendant Lenelle Snyder ("Snyder")'s Motion to Dismiss defendant/counter-claimant Homesite Insurance Company ("Homesite")'s Counterclaim **(docket entry 3)**.

On September 20, 2016, at the request of Snyder and Homesite, the Court entered an Agreed Order of Dismissal (docket entry 10) which finds that Snyder and Homesite have settled all claims between them, and which dismisses Snyder's Complaint against Homesite with prejudice. In light of the settlement, both Snyder's claims against Homesite and Homesite's counterclaim against Snyder are moot. Accordingly,

IT IS HEREBY ORDERED that Snyder's Motion to Dismiss Homesite's Counterclaim **(docket entry 3)** is MOOT.

SO ORDERED, this the 3rd day of October, 2016.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE